**BOUTIN JONES INC.**
Michael E. Chase, SBN 214506
mchase@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel.: (916) 321-4444
Fax: (916) 441-7597

Attorneys for defendant Paramount Equity Mortgage, LLC

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW SCOTT ROBINSON, individually and on behalf all others similarly situated, | Case No. 2:14-cv-02359-TLN-CKD |
| | **NOTICE OF SETTLEMENT [L.R. 160]** |
| Plaintiffs, | **Judge:** Hon. Troy L. Nunley |
| v. | **Action filed:** October 10, 2014 |
| PARAMOUNT EQUITY MORTGAGE, LLC, | **Trial date:** Not yet set |
| Defendant. | |

Pursuant to Local Rule 160, defendant Paramount Equity Mortgage, LLC ("Paramount") hereby gives notice to the Court that the parties have reached a settlement of this action.

This is a putative class action. The Court has not yet issued a scheduling order. The parties filed a Joint Rule 26(f) Status Report on December 16, 2014.

The settlement is a classwide settlement. The settlement is conditioned on (a) completion of confirmatory discovery by plaintiff, and (b) the approval of this Court.

Within the next 60 to 90 days, the parties anticipate that plaintiff will file an amended complaint, and that the parties will engage in confirmatory discovery to confirm underlying facts concerning the number of class members and violations and the prerequisites to class certification pursuant to Federal Rule of Civil Procedure 23. Following completion of the confirmatory discovery, the parties will file a motion for conditional class certification and preliminary approval of the

678318.1

settlement. The parties expect that such motion will be filed within 90-120 days. If preliminary approval is granted, the parties must give notice to the class of the conditional class certification and settlement terms and the class must be given time to opt-out of the settlement, object, or make claims. The parties will then seek final approval of the settlement from the Court.

Because of the necessity of completing confirmatory discovery and obtaining preliminary and final approval of the settlement from the Court, we respectfully submit that good cause exists pursuant to Local Rule 160(b) to relieve the parties of the obligation to file dispositional documents within a specified time.

Respectfully submitted,

Date: February 19, 2015            BOUTIN JONES INC.

By: /s/ Michael E. Chase
       Michael E. Chase
Attorneys for defendant Paramount Equity Mortgage, LLC

-2-

**NOTICE OF SETTLEMENT [L.R. 160]**

678318.1