1  MICHAEL R. DUFOUR, ESQ. California Bar No.: 290981
   **SOUTHWEST LEGAL GROUP**
2  22440 CLARENDON STREET, SUITE 200
3  WOODLAND HILLS, CA 91367
   TEL: (818) 591-4300
4  FACSIMILE: (818) 591-4315
   mdufour@swlegalgrp.com
5

6  W. CRAFT HUGHES, ESQ. Texas Bar No.: 24046123
   JARRETT L. ELLZEY, ESQ. Texas Bar No.: 24040864
7  **HUGHES ELLZEY, LLP**
   (Admitted *pro hac vice*)
8  GALLERIA TOWER I
   2700 POST OAK BOULEVARD, SUITE 1120
9  HOUSTON, TX 77056
   TEL: (713) 554-2377
10 FACSIMILE: (888) 995-3335
   craft@hughesellzey.com
11 jarrett@hughesellzey.com
12

13 *Attorneys for Plaintiff and the Proposed Class*

14

15                    UNITED STATES DISTRICT COURT

16          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

17

| | |
|---|---|
| 18 MATTHEW SCOTT ROBINSON, individually and on behalf of all others 19 similarly situated, | Case No. 2:14-cv-02359-TLN-CKD |
| 20                Plaintiffs, | **JOINT MOTION TO EXTEND FINAL APPROVAL HEARING AND DEADLINES TO FILE MOTIONS FOR FINAL APPROVAL AND ATTORNEY'S FEES** |
| 21         v. | |
| 22 PARAMOUNT EQUITY MORTGAGE, LLC, | |
| 23                Defendant. | |

24

25

26

27

28

1

660171.2

TO THE HONORABLE TROY L. NUNLEY:

COME NOW, Matthew Scott Robinson, individually and on behalf of all others similarly situated, and Paramount Equity Mortgage, LLC (the "Parties") in the above-titled and numbered cause, and file this Agreed Motion to Extend the Final Approval Hearing and related deadlines. In support thereof, the Parties would respectfully show the Court as follows:

1. The Court granted preliminary approval of this class action settlement on January 9, 2017. (Order granting preliminary approval of class settlement ("Order Granting Preliminary Approval"), ECF No. 27).

2. The Final Approval hearing is currently set for June 1, 2017 at 2:00pm. (MINUTE ORDER setting final approval hearing, ECF No. 30).

3. The current deadline for Plaintiff to file his motion for final approval is tomorrow, May 4, 2016. However, the claim/exclusion deadline and objection deadline for Class members is a week away on May 10, 2017. Therefore, the Parties respectfully request the deadlines be reset approximately 30 days as follows:

| | |
|---|---|
| **Final Approval Hearing:** | Thursday, June 29, 2017 at 2:00pm |
| **Motion for Final Approval Deadline:** | Thursday, June 1, 2017 |
| **Motion for Attorneys' Fees & Costs:** | Thursday, June 1, 2017 |

4. The Parties have reached an agreement to extend the above-referenced deadlines and now seek this Court's approval. This extension will allow Plaintiff's counsel the opportunity to properly analyze and evaluate all the claims, exclusions, and objections *before* filing his motion for final approval.

5. The Parties are not requesting the extension of any other deadlines by virtue of this motion.

6. This Agreed Motion has been reviewed by all Parties, and is approved as to form and substance.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Court enter an Order extending the deadlines as listed above.

2

660171.2

1 | Respectfully Submitted,

| **HUGHES ELLZEY, LLP** | **SOUTHWEST LEGAL GROUP, P.C.** |
|---|---|
| /s/ *W. Craft Hughes* | By:   /s/ *Michael R. Dufour* |
| W. Craft Hughes | Michael R. Dufour, Esq. |
| *Attorney-in-Charge* | Attorney for Plaintiff |
| Texas Bar No. 24046123 | California Bar No. 290981 |
| craft@hughesellzey.com | mdufour@swlegalgrp.com |

ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS

**BOUTIN JONES INC.**

  /s/ *Michael E. Chase (by permission)*
Michael E. Chase, SBN 214506
mchase@boutinjones.com
Bashar S. Ahmad, SBN 258619
bahmad@boutinjones.com
Gabrielle D. Boutin, SBN 267308
gboutin@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel.: (916) 321-4444
Fax: (916) 441-7597

ATTORNEYS FOR DEFENDANT

660171.2