UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW SCOTT ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT EQUITY MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:14-cv-02359-TLN-CKD<br><br>**ORDER GRANTING AMENDED JOINT MOTION TO EXTEND FINAL APPROVAL HEARING AND DEADLINES TO FILE MOTIONS FOR FINAL APPROVAL AND ATTORNEY'S FEES** |

On the 5th day of May, 2017, the Court considered Matthew Scott Robinson, individually and on behalf of all others similarly situated, and Paramount Equity Mortgage, LLC's (hereinafter, the "Parties") *Amended Joint Motion To Extend Final Approval Hearing And Deadlines To File Motions For Final Approval And Attorney's Fees* ("Motion") in the above-styled and numbered cause. The Court is of the opinion the Motion is well taken and should be in all things **GRANTED**.

It is, therefore, **ORDERED** that the following deadlines are extended as follows:

**Final Approval Hearing……………………Thursday, July 13, 2017 at 2:00pm**

**Motion for Final Approval…………………Thursday, June 1, 2017**

**Motion for Attorneys' Fees & Costs……….Thursday, June 1, 2017**

Dated: May 05, 2017

                                                 Troy L. Nunley
                                                 United States District Judge

660171.2