UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SCOTT ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT EQUITY MORTGAGE, LLC,<br><br>Defendant. | No. 2:14-cv-02359-TLN-CKD<br><br>**ORDER** |

Plaintiff Matthew Scott Robinson's ("Plaintiff") unopposed Motion for Final Approval of Class Action Settlement (ECF No. 34) and unopposed Motion for Approval of Attorneys' Fees and Expenses (ECF No. 35) came for hearing before this Court on July 13, 2017, at 2:00 p.m., the Honorable Troy L. Nunley presiding. The Court having considered the Stipulation of Settlement and Release ("Stipulation") and all other exhibits submitted in support of both motions, all papers and proceedings held herein, and all oral and written comments received regarding the proposed settlement, and having reviewed the record in this action, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Court has jurisdiction over the subject matter of this action and over all parties to this action.

1

2. For the purposes of this Order, the Court adopts all defined terms as set forth in the Stipulation.

3. The Settlement Class satisfies the requirements of Rule 23(b)(3) as discussed in the Court's prior Order preliminarily approving this settlement ("the Preliminary Order), and the Settlement Class is hereby certified and defined as follows:

> All persons whom Defendant called for marketing purposes on a cellular telephone without prior express written consent from October 16, 2013 to May 15, 2015, and all persons whom Defendant called on a telephone number which was registered on the National Do Not Call Registry without prior express written consent from October 16, 2013 to May 15, 2015.

4. The Court hereby grants Plaintiff's unopposed Motion for Final Approval of Class Action Settlement (ECF No. 34), approves the terms of the settlement outlined in the Stipulation, and finds that the settlement is in all respects fair, reasonable, and adequate, based on the following factors:

   a. The strength of Plaintiff's case in relation to the amount offered in settlement;
   b. The risk, expense, complexity, and likely duration of further litigation;
   c. The risk of maintaining class action status through trial;
   d. The extent of discovery completed and the stage of the proceedings;
   e. The experience and views of counsel;
   f. The reaction of the class members to the proposed settlement; and
   g. The fact that the settlement was reached after arms' length negotiation conducted in good faith by the parties with the assistance of an experienced mediator.

5. The Court finds that distribution of notice to the Settlement Class has been completed in accordance with the Preliminary Order; that it constituted the best notice practicable under the circumstances; that it provided due and adequate notice of the proceedings and the matters herein—including the proposed settlement—to all persons entitled to such notice; and that it fully satisfied the

requirements of due process, the Constitution, and Rule 23 of the Federal Rules of Civil Procedure.

6. No member of the Settlement Class objected to the settlement as of July 13, 2017, the date of the final fairness hearing.

7. No member of the Settlement Class requested exclusion from the settlement as of July 13, 2017, the date of the final fairness hearing.

8. The distribution plan set forth in the Stipulation providing for distribution of the Net Settlement Fund is approved.

9. Upon entry of this Order, the Released Claims, as defined in the Stipulation, are fully, finally, and forever released, relinquished, and discharged pursuant to the terms of the Stipulation.

10. The Court hereby grants Plaintiff's unopposed Motion for Attorneys' Fees and Expenses (ECF No. 35), and awards Class Counsel $165,000 in fees and $9,185.33 in expenses, to be paid from the Settlement Fund as provided in the Stipulation.

11. The Court hereby awards Plaintiff Matthew Scott Robinson an incentive award of $10,000, for his service as representative of the Settlement Class, to be paid from the Settlement Fund as provided in the Stipulation.

12. The Court hereby approves a payment of $43,000 to the Settlement Administrator on the terms set forth in the Stipulation.

13. The Court hereby approves Privacy Rights Clearinghouse as the *cy pres* recipient, to receive the *cy pres* distribution of the Net Settlement Fund as provided in the Stipulation.

14. Notice of this settlement has been provided to state and federal officials as required by 28 U.S.C. § 1715(b), and more than ninety days have elapsed since service of such notice as required by 28 U.S.C. § 1715(d). No such official objected to the settlement, either in writing or at the final fairness hearing.

15. The Court hereby directs the parties to effectuate the settlement according to the

terms set forth in the Stipulation and this Order.

16. The Court hereby dismisses this action with prejudice and without prevailing party costs.

17. Without affecting the finality of this Order and Judgement of Dismissal, the Court retains continuing jurisdiction over all matters involving the implementation of the settlement.

18. If the settlement does not become final and effective as provided in the Stipulation, this Order and the entry of judgment—and all Orders entered in connection herewith—shall be rendered null and void and shall be vacated.

IT IS SO ORDERED.

Dated: August 3, 2017

Troy L. Nunley
United States District Judge